William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel.:  (310) 348-8200
Fax:  (310) 846-4799

Mark A. Cantor
mcantor@brookskushman.com
John S. Le Roy
jleroy@brookskushman.com
Marc Lorelli
mlorelli@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel.:  (248) 358-4400
Fax:  (248) 358-3351

*Attorneys for Plaintiff Ancora Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.<br><br>Plaintiff,<br>v.<br>APPLE, INC.,<br><br>Defendant.<br><br>————————————————<br>APPLE, INC.<br><br>Counterclaimant,<br>ANCORA TECHNOLOGIES, INC.<br><br>Counterdefendant. | Case No. 2:10-cv-10045-AG-MLGx<br><br>**DECLARATION OF JOHN P. RONDINI IN SUPPORT OF ANCORA'S OPPOSITION TO APPLE'S MOTION TO TRANSFER VENUE**<br><br>Hearing Date: December 12, 2011<br>Time: 10:00 AM<br>Place: Courtroom 10D, Santa Ana<br>Judge: Hon. Guilford |

I, JOHN RONDINI, declare as follows:

1. I am an associate at the law firm of Brooks Kushman PC. I am one of the attorneys representing Ancora Technologies, Inc. ("Ancora") in the above captioned litigation. I make this declaration in Opposition to Apple's Motion to Transfer.

2. Attached as Exhibit A is a true and correct copy of the February 2, 2009 Order Granting Microsoft's Motion to Transfer Venue in the previous Microsoft action.

3. Attached as Exhibit B is true and correct copy of a Declaration of Albert Saavedra.

4. Attached as Exhibit C is true and correct copy of a Declaration of Miki Mullor.

5. Attached as Exhibit D is a true and correct copy of the Apple's Initial Disclosures.

6. Apple has electronically produced over 10,000 pages of documents responsive to Ancora's document requests, including many technical documents and specifications detailing the design and operation of the accused devices.

7. Apple has also made the relevant source code of the accused devices available to Ancora for inspection at the offices of Apple's litigation counsel.

8. On November 16, 2011, I took the deposition of Michael Brouwer on behalf of Ancora.

9. Attached as Exhibit E is a true and correct copy of an email conversation and PowerPoint presentation between Ancora and the LA Times pertaining to the technology of the '941 Patent.

1

Declaration of John Rondini in Support of
Opposition to Motion to Transfer Venue
Case No. 2:10-cv-10045-AG-MLG

1   I declare under the penalty of perjury that the foregoing is true and correct.
2   Executed this 21st day of November, 2011 in Southfield, Michigan.

                                         _____
                                         JOHN P. RONDINI

2

Declaration of John Rondini in Support of
Opposition to Motion to Transfer Venue
Case No. 2:10-cv-10045-AG-MLG