# EXHIBIT B

1
2
3
4
5

Mark B. Mizrahi (State Bar #179384)
mmizrahi@brookskushman.com
**BROOKS KUSHMAN P.C.**
6100 Center Drive, Suite 630
Los Angeles, CA 90045
Tel. (310) 348-8200; Fax (310) 846-4799

6
7
8
9
10
11
12
13

Mark A. Cantor (Admitted *Pro Hac Vice)*
mcantor@brookskushman.com
John S. LeRoy (Admitted *Pro Hac Vice*)
jleroy@brookskushman.com
Marc Lorelli (Admitted *Pro Hac Vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48085
Tel. (248) 358-4400; Fax (248) 358-3351
*Attorneys for Plaintiff* Ancora Technologies, Inc.

14
15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

16
17
18
19
20

**ANCORA TECHNOLOGIES, INC.)**
      **Plaintiff,**      )
    **vs.**      )
**TOSHIBA AMERICA**      )
**INFORAMTION SYSTEMS, INC.** )
**et al.,**      )
     **Defendants.**     )

**Case No. SACV08-626 AG (MLGx)**

**DECLARATION OF ALBERTO SAAVEDRA IN OPPOSITION TO MICROSOFT'S MOTION TO TRANSFER**

21
22
23
24
25

**TOSHIBA AMERICA**      )
**INFORMATION SYSTEMS, INC.** )
**et al.,**      )
     **Counterclaimants**    )
    **vs.**      )
**ANCORA TECHNOLOGIES, INC.** )
     **Counterdefendant.**   )

26
27
28

**MICROSOFT CORPORATION,**   )
     **Intervenor.**     )

EXHIBIT B - PAGE 17

EX. 4 - 22

I, Alberto Saavedra, hereby declare as follows:

1. I am the President of Ancora Technologies, Inc. Ancora owns all rights to U.S. Patent No. 6, 411,941.

2. Prior to Ancora, I was involved with Beeble, Inc., who at the time owned the rights to U.S. Patent No. 6, 411,941. Beeble was located in Irvine. Beeble was in the business of developing products and seeking customers for technology related to U.S. Patent No. 6, 411,941.

3. In 2004 and 2005, Ancora was very active in California and specifically in Irvine. Ancora developed prototype technologies and successfully created Ancora Online, a security product based on the technology of the '941 patent. Ancora also had business contacts and dealings with the following companies located in California: Electronic Arts, Macromedia, Macrovision, BAE Systems, Phoenix Technologies, Active Card and the Warner Brothers Music Group located in Hollywood. These dealings concerned technology related to U.S. Patent No. 6, 411,941. Ancora also entered into an Alliance Agreement with American Megatrends concerning certain related technology.

4. Ancora's principal location today is 14014 Moorpark, #215, Sherman Oaks, California 91423. I maintain this address and I also maintain Ancora records at this address. Those records were provided in this litigation.

5. In addition to myself, the following individuals are involved with Ancora, either as shareholders, board members, or officers: Miki Mullor, Julian Valiko, and Dan Weil.

6. Dan Weil lives in Calabasas, California.

A.S.

EXHIBIT B - PAGE 18

EX. 4 - 23

7. The following individuals were involved with Beeble: Blair Bryant, Michael Sentovich, Fred Fourcher, Stuart Rose. During my work with Beeble, Blair, Michael and Fred lived in Newport Beach and Stuart lived in Tustin. It is my understanding that they still live in the area.

I declare under the penalty of perjury that the foregoing is true and accurate.

Date: 2/3/09

Alberto Saavedra

EXHIBIT B - PAGE 19

EX. 4 - 24