# EXHIBIT C

EXHIBIT C - PAGE 20

I, Miki Mullor, hereby declare as follows:

1. I am an inventor of U.S. Patent No. 6,411,941 which issued in 2002. I am also a shareholder of Ancora Technologies, Inc. Ancora is the assignee of the '941 patent.

2. I was also involved in Beeble, Inc. which owned rights to the '941 patent prior to Ancora.

3. Between 1999 and 2006, I lived and worked in the Los Angeles area for several companies including Beeble and Ancora.

4. During my time with Beeble and Ancora, I worked with several programmers to develop technologies based on the '941 patent. These programmers are all based in the Los Angeles area, including: Dan Bright, Mark Andre, and Jeff Lorenzini.

5. Towards the end of 2005, I received a job offer from Microsoft. I advised Microsoft that I was the founder of Ancora and had an interest in the '941 patent. I also documented my prior inventions, including the '941 patent, in my employment papers with Microsoft. I started working at Microsoft in January 2006.

6. Microsoft lawyers set up a meeting with me in August 2008. I was asked to help the OEMs defend their lawsuit against the '941 patent, I declined. Microsoft lawyers also inquired whether I had an interest in the lawsuit that was filed against the OEMs. I advised them that I did and that I was a significant shareholder in Ancora.

7. Microsoft also took possession of my computer in August 2008.

8. On September 8, 2008, I received the following request from a superior: "I got briefed on your situation re: patents and think it is worth catching up. Does 230pm work." In the room where I was directed there were several Microsoft employees, and I was fired. At the meeting, Microsoft acknowledged that they were aware of my interest in the '941 patent when I was hired, but fired me anyway.

9. Since my termination, I have actively sought work in the Seattle area. I had several interviews and I was hopeful that I would find a job to

EXHIBIT C - PAGE 21

EX. 5 - 25

support my family. Recently, however, there have been publications about me in connection with the lawsuit filed by Microsoft in Washington. After the Microsoft lawsuit was filed, I was advised that I was no longer being considered for a position that I had already participated in several interviews and was one of three finalists out of hundreds of people who had applied for the job.

10. Because of this situation in Seattle, I have decided to move my family back to Southern California so that I can seek employment. My wife, two kids and I are making arrangement to lease our home in Washington. We were advised by our real estate agent not to sell our home at this time based on the market. We are in the process of moving in with my wife's parents in Calabasas, California.

11. I expect we should be residing in Los Angles in about a month from now.

I declare under the penalty of perjury that the foregoing is true and accurate.

Date: 2/8/2009

Miki Mullor

EXHIBIT C - PAGE 22

EX. 5 - 26