# EXHIBIT E



# Ancora

## Which one is John?





© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 32



## What is Ancora?

- A different way to authenticate online users:
  - Transparent: once installed, Ancora authenticates web site users without any user interaction
    - can be used as "remember me" or as a 2nd factor
  - Secure: rooted in strategic locations within the PC, out of normal user reach
  - Reliable: will survive hard drive formatting, viruses, user errors, etc



© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 33



## What can Ancora do for LA Times?

- Distinguish between paying and non-paying users
  - Secure: prevents login sharing
  - Convenient: just point and click. No passwords. Nothing to remember.
  - Reliable: no cookies required. Just works. No hassle.
- Enable micro payments – charge $0.005 for a story
  - Ancora serves as a virtual, secure, transparent "credit card"
  - Authorizes micro deductions against an online account
  - Also enables tracking for super distribution and rev sharing with bloggers.

© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 34

## Who is Ancora?



- Founded in 2004 to address phishing attacks on online banking
- Innovative technology protected by a US patent
- The product was co-developed with a prominent industry leader
- Used by the PC industry to secure Windows against piracy (known as OEM Activation)
- Founder of Ancora was in charge of development of strong authentication for Windows Vista.

© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 35

# Ancora turns the user's computer into an authenitcator



- Ancora embeds a cryptographic token in the computer motherboard
- During log in, Ancora uses the token to authenticate the computer
- Ancora is implemented as a light browser add on (~150Kb)
- Ancora requires no additional hardware, no changes to current systems or special administrative permissions. Simply works within the popular browsers.

© 2004 Copyright Ancora Technologies Inc.

# Scenario 1: LATimes.com with no ads for $2 / months

〉State budget deal reduces prison inmates by 27,000 - Los Angeles Times - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.latimes.com/news/local/la-me-california-budget22-2009jul22,0,1856950.story

Google

Jobs | Cars.com | Real Estate | Rentals | Foreclosures | More Classifieds

LAT Home · Print Edition · All Sections

Los Angeles Times | California | Local

SEARCH

Save on home delivery. ORDER NOW!

Crime | Education | Politics | Environment | Immigration | Traffic | O.C.

You are here: LAT Home > California | Local

California/Local

Columnists:
- Steve Lopez
- Sandy Banks
- Hector Tobar
- George Skelton

Community Papers:
- Burbank
- Newport Beach
- Laguna Beach
- Huntington Beach
- Glendale

News/Opinion

## State budget deal reduces prison inmates by 27,000

Email | Print | Text ⊞ | RSS

Most Viewed | Most E-mailed

1. 'Incredible' new scar is spreading on Jupiter
2. State budget deal reduces prison inmates by 27,000
3. More bodies go unclaimed as families can't afford funeral costs
4. Lance Armstrong hasn't given up on another victory
5. Almost $100 billion in losses for California's biggest government pension funds
6. Lamar Odom is still without a team
7. Ben Roethlisberger accused of sexual assault
8. LAX parking lot is home away from home for airline workers
9. Tom Watson keeps defeat in perspective
10. Jason Schmidt earns his next paycheck

Done

users simply login. LATimes.com recognizes Ancora and removes all ads.

© 2004 Copyright Ancora Technologies Inc.



EXHIBIT E -- PAGE 38

## Next steps

- Establish perliminary interest
- Discuss business requirements and schedule
- Technology discussions
- MOU

© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 39

# Contact Ancora

Alberto Saavedra, President
AlSaavedra@AncoraTech.com
Tel:818-730-1785

© 2004 Copyright Ancora Technologies Inc.

EXHIBIT E - PAGE 40



Miki Mullor <mikimullor@ancoratech.com>

# Presentation and Next Steps
7 messages

**Alberto Saavedra <alsaavedra@ancoratech.com>**      Tue, Aug 4, 2009 at 6:10 PM
To: terry.benichou@latimes.com
Cc: Nicole Graebner <nicoleg@ancoratech.com>, Miki Mullor <MikiMullor@ancoratech.com>

Terry,

We are ready to talk to Andrew Schulman about micropayments using our technology.

Attached is today's presentation.

Thanks,

Al

--
Alberto Saavedra
President
Ancora Technologies Inc.
818-730-1785
http://ancoratech.com/

     Ancora_LA_Times-1.pdf
     445K

**Alberto Saavedra <alsaavedra@ancoratech.com>**      Fri, Aug 7, 2009 at 2:15 PM
To: "Benichou, Terry" <terry.benichou@tribune.com>
Cc: Nicole Graebner <nicoleg@ancoratech.com>, Miki Mullor <MikiMullor@ancoratech.com>

Terry,

We'll be ready. Thanks.

Volleyball this weekend?

Al

> On Thu, Aug 6, 2009 at 2:45 PM, Benichou, Terry <terry.benichou@tribune.com> wrote:
>
>> Al,
>>
>> I had lunch with Andrew. Should I send him the presentation so he can take a look before his vacation? He'll be gone tuesday for 2 weeks.
>>
>> We can organize a lunch meeting the second week of september
>>
>> Terry

EXHIBIT E - PAGE 41

**From:** Alberto Saavedra [mailto:alsaavedra@ancoratech.com]
**Sent:** Tuesday, August 04, 2009 6:11 PM
**To:** Benichou, Terry
**Cc:** Nicole Graebner; Miki Mullor
**Subject:** Presentation and Next Steps

[Quoted text hidden]

[Quoted text hidden]

---

**Benichou, Terry <terry.benichou@tribune.com>**           Fri, Aug 7, 2009 at 3:44 PM
To: Alberto Saavedra <alsaavedra@ancoratech.com>
Cc: Nicole Graebner <nicoleg@ancoratech.com>, Miki Mullor <MikiMullor@ancoratech.com>

I dont think I'm going to make it to volleyball this week-end, but I always manage to find my way down there... our new site is launching wednesday, so if everything goes extremely well, this w.e. I may go.

cheers,
Terry

---

**From:** Alberto Saavedra [mailto:alsaavedra@ancoratech.com]
**Sent:** Friday, August 07, 2009 2:16 PM
**To:** Benichou, Terry
**Cc:** Nicole Graebner; Miki Mullor
**Subject:** Re: Presentation and Next Steps

[Quoted text hidden]

---

**mikimullor@ancoratech.com <mikimullor@ancoratech.com>**           Fri, Aug 7, 2009 at 8:02 PM
Reply-To: mikimullor@ancoratech.com
To: Alberto Saavedra <alsaavedra@ancoratech.com>

What about the password to wicked?

---

**From**: Alberto Saavedra
**Date**: Fri, 7 Aug 2009 14:15:57 -0700
**To**: Benichou, Terry<terry.benichou@tribune.com>
**Subject**: Re: Presentation and Next Steps

[Quoted text hidden]

---

**Alberto Saavedra <alsaavedra@ancoratech.com>**           Sat, Aug 8, 2009 at 8:11 AM
To: mikimullor@ancoratech.com

I asked them for it.

I will ask again when Avi returns

[Quoted text hidden]

EXHIBIT E - PAGE 42

**Alberto Saavedra** <alsaavedra@ancoratech.com>     Thu, Sep 17, 2009 at 9:15 AM
To: Miki Mullor <MikiMullor@ancoratech.com>

The meeting is pushed back 2 weeks.

Al

---------- Forwarded message ----------
From: **Benichou, Terry** <terry.benichou@tribune.com>
Date: Wed, Sep 16, 2009 at 2:00 PM
Subject: RE: Presentation and Next Steps
To: Alberto Saavedra <alsaavedra@ancoratech.com>
Cc: Nicole Graebner <nicoleg@ancoratech.com>


Nicole, Al,

Sorry we have to reschedule. Andrew has had meeting shuffled around, and when working with Chicago it's very often we get meetings scheduled at lunch time. He'll be in Chi-town next week, so that pushes the meeting back to the week of the 28th. Is that ok for you? Tues, Weds or Thurs of that week look the best.

Sorry again for the inconvenience

Terry
[Quoted text hidden]

---

**Miki Mullor** <mikimullor@ancoratech.com>     Mon, Nov 21, 2011 at 4:23 PM
To: John LeRoy <JLEROY@brookskushman.com>, John Rondini <JRONDINI@brookskushman.com>

[Quoted text hidden]

📎 Ancora_LA_Times-1.pdf
445K